IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.                                            Cr. No. 5:00CR50035-001

SERGIO HERNANDEZ-ARELLANO,
    DEFENDANT.

ORDER FOR REMISSION OF FINE

    Now on this 26th day of July, 2007, comes on to be considered the United States' Petition for Remission of Fine (doc. #40). The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. On February 22, 2001, Defendant was sentenced to seventy months incarceration, three years supervised release with the possibility of deportation, a $500.00 fine and a $100.00 special assessment.

    2. The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine... are not likely to be effective, the court may, in the interest of justice - -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties. This statute shall apply to all fines and assessments, irrespective of the date of imposition."

    3. The United States states that the Defendant was deported on February 16, 2007, and that there is no reasonable likelihood that the fine can be collected.

4.  Upon due consideration, the United States' Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
CHIEF U. S.  DISTRICT JUDGE